**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

YAMILE GARCIA,

                Plaintiff,

                                     Case No. 1:22-cv-20878-RNS

v.

RADIUS GLOBAL SOLUTIONS LLC,

                Defendant.

                                         /

## JOINT MOTION AND STIPULATION TO STAY PROCEEDINGS

Plaintiff, Yamile Garcia, (Plaintiff) and defendant, Radius Global Solutions, LLC (RGS), (collectively, the Parties), by and through their undersigned counsel of record and under the Federal Rules of Civil Procedure, hereby move to stay this action pending the Eleventh Circuit's *en banc* review in *Hunstein v. Preferred Collection and Management Services, Inc.*, Case No. 19-14434-HH (*Hunstein*), and state:

1.      On February 8, 2022, Plaintiff filed this lawsuit alleging RGS violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (FDCPA) and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72, *et seq.* (FCCPA). Specifically, Plaintiff alleges that RGS violated the FDCPA by transmitting consumer information to a third-party vendor to process its mail.

2.      Plaintiff alleges claims based upon an opinion issued by the Eleventh Circuit in April 2021—*Hunstein v. Preferred Collection & Mgmt. Servs., Inc.* However, in light of the Eleventh Circuit vacating its panel decision in *Hunstein* and ordering an en banc

review, the Parties agree that staying the current action pending the Eleventh Circuit's final decision is warranted. *See Gonzalez v. I.C. System, Inc.*, Case No. 1:12-cv-23691, Doc. 11 (S.D. Fla Nov. 19, 2021) (""[f]ederal jurisdiction in this case is premised on [Hunstein] [s]o[] to, is the viability of the Plaintiff's federal cause of action"); *Emery v. Commonwealth Financial Systems, Inc.*, Case No. 6:21-cv-01672, Doc. 18 (M.D. Fla Dec. 1, 2021) ("The Eleventh Circuit Court of Appeals' resolution of the petition for rehearing *en banc* in *Hunstein*, will have a substantial impact on the claims in this case, most notably, on the issue of standing for a statutory violation.").

3.      Accordingly, based on the foregoing, the Parties respectfully request the Court issue an order staying this action pending the Eleventh Circuit's final decision in *Hunstein*.

Dated: March 30, 2022

Respectfully Submitted,

| | |
|---|---|
| */s/ Thomas J. Patti, III* (with permission) | */s/ Michael P. Schuette* |
| Jibrael S. Hindi, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 118259 | Florida Bar No. 0106181 |
| Thomas J. Patti, III, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No. 118377 | Florida Bar No. 0016277 |
| The Law Offices of Jibrael S. Hindi | SESSIONS, ISRAEL & SHARTLE, LLC |
| 110 SE 6th Street, Suite 1744 | 3350 Buschwood Park Drive, Suite 195 |
| Fort Lauderdale, FL 33301 | Tampa, Florida 33618 |
| jibrael@jibraellaw.com | Telephone: (813) 890-2460 |
| tom@jibraellaw.com | Facsimile: (877) 334-0661 |
| *Counsel for Plaintiff* | mschuette@sessions.legal |
| | dvanhoose@sessions.legal |
| | *Counsel for Defendant,* |
| | *Radius Global Solutions, LLC* |