UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

YAMILE GARCIA,

           Plaintiff,

                                    Case No. 1:22-cv-20878-RNS

v.

RADIUS GLOBAL SOLUTIONS LLC,

           Defendant.

_____/

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff, Yamile Garcia, and defendant, Radius Global Solutions, LLC, through undersigned counsel and pursuant to L.R. 16.4, hereby submit this Joint Notice of Pending Settlement and state the parties have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: June 8, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas J. Patti, III* (with permission) | */s/ Michael P. Schuette* |
| Jibrael S. Hindi, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 118259 | Florida Bar No. 0106181 |
| Thomas J. Patti, III, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No. 118377 | Florida Bar No. 0016277 |
| The Law Offices of Jibrael S. Hindi | SESSIONS, ISRAEL & SHARTLE, LLC |
| 110 SE 6th Street, Suite 1744 | 3350 Buschwood Park Drive, Suite 195 |
| Fort Lauderdale, FL 33301 | Tampa, Florida 33618 |
| jibrael@jibraellaw.com | Telephone: (813) 890-2460 |

tom@jibraellaw.com
*Counsel for Plaintiff*

Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Counsel for Defendant,*
*Radius Global Solutions, LLC*